**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Employers' Resource Management Company, Inc., et al. | |
| Plaintiffs, | No. CV 02-1090-PHX-PGR |
| vs. | **ORDER** |
| Employers' Insurance of Wausau, et al., | |
| Defendants. | |

Pursuant to the Application for Ex Parte Order Withdrawing and Substituting Counsel Upon Consent (Doc. 185) previously filed in this action under Rule 83.3(b)(1), Rules of Practice of the United States District Court for the District of Arizona,

IT IS ORDERED that the law firm of Beshears, Wallwork, & Bellamy is permitted to withdraw and that the law firm of Cohen, Kennedy, Down & Quigley, P.C. is substituted as local counsel and co-counsel of record for Plaintiffs/Counterdefendant Employers' Resource Management Company, Inc. and Professional Employer Solutions, Inc.

DATED this the 24th day of October, 2005.

Paul G. Rosenblatt
United States District Judge